WILLIAM M. QUINN, Respondent, v EASTMAN KODAK COMPANY et al., Appellants. [700 NYS2d 787] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, VanStrydonck, J. (Appeal from Order of Supreme Court, Monroe County, VanStrydonck, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.